IH-32

Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

MAHMOUD KHALIL

| Plaintiff | Case Number |
| --- | --- |
| vs. | 26-cv-5929 |
| THE HERITAGE FOUNDATION, et al. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

MAHMOUD KHALIL, JANE JOE, SALLY ROE,
NED NOE, LUCY LOE, SAM SOE, WILL MOE, and
KAM KOE, students at Columbia University and
Barnard College, suing under pseudonyms

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:25-cv-02079-AS |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; CLAIR SHIPMAN; PAM BONDI; LINDA MCMAHON; LEO TERRELL; SEAN KEVENEY; JOSH GRUENBAUM | |
| Defendant | |

IH-32                                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

Khalil v. Trustees, et al., was filed in March 13, 2025, with an amended complaint being filed on April 18, 2025. On March 19, 2026, the Hon. Judge Arun Subramanian granted in part and denied in part the defendants' motion to dismiss, granting in full the Congressional defendants' motion to dismiss and granting in part and denying in part the Agency defendants' and Columbia's motions to dismiss. Discovery was ordered to proceed on the remaining claims.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both Khalil v. The Heritage Foundation, et al., and Khalil v. Trustees of Columbia, et al., arise from the federal government's targeting of Palestinians and other students who publicly support Palestinian rights following October 2023, and both cases relate to the role that the federal government and other private actors have played in harming Mahmoud Khalil by targeting him for his identity and support of Palestinian rights.

Khalil v. Trustees of Columbia, et al., alleges that the federal government, including the US Attorney General and officials from the Department of Justice, unlawfully coerced Columbia University into violating the First Amendment rights of the plaintiffs, all students who spoke out and participated in the student movement in support of Palestinian rights. Plaintiff Mahmoud Khalil is one of the student plaintiffs in that case. Khalil v. Trustees alleges that the Defendants chilled the speech of these students by exposing them to "federal actors," "negative publicity," and "doxxing," which harmed them. In this lawsuit, Plaintiff Mahmoud Khalil also alleges that his constitutional rights were violated when federal actors, including the acting Attorney General, in conspiracy with private anti-Palestinian groups, targeted him due to his identity and advocacy in support of Palestinian rights from his time as a student at Columbia University.

Given the substantial overlap in facts arising out of events that occurred at Columbia University, and the shared plaintiff of Mahmoud Khalil, marking this case as related to Khalil v. Trustees of Columbia will conserve judicial resources.

Signature: s/Astha Sharma Pokharel          Date: July 14, 2026

Firm: Center for Constitutional Rights, 666 Broadway, 7th Fl., New York, NY 10012