AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Mahmoud Khalil | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-05929 |
| The Heritage Foundation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud Khalil                                                                                           .

Date:     07/14/2026

/s/Baher Azmy
*Attorney's signature*

Baher Azmy, NY Bar No. 2860740
*Printed name and bar number*

Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012

*Address*

bazmy@ccrjustice.org
*E-mail address*

(212) 614-6427
*Telephone number*

(212) 614-6499
*FAX number*