**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAHMOUD KHALIL,

                         Plaintiff,

                    -v.-

THE HERITAGE FOUNDATION, et al.,

                         Defendants.

No. 26 Civ. 5929 (DLC)

NOTICE OF APPEARANCE

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case as counsel for defendants Stephen N. Miller, in his official capacity as White House Deputy Chief of Staff for Policy and Homeland Security Advisor, Marco Rubio, in his official capacity as Secretary of State, Markwayne Mullin, in his official capacity as Secretary of Homeland Security, and Todd Blanche, in his official capacity as Acting Attorney General, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
      July 20, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:   */s/ Tara Schwartz*
      TARA SCHWARTZ
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2633
      Email: tara.schwartz@usdoj.gov