AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-05929

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Markwayne Mullin, Secretary of Homeland Security

was received by me on *(date)*        07/15/2026        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*    On July 22, 2026 at 4:40 PM, I served the Summons and Complaint upon Defendant
Markwayne Mullin via USPS Certified Mail. Said documents were enclosed in an envelope
addressed to Markwayne Mullin, 245 Murray Lane, S.W., Mail Stop 0485, Washington, D.C.
20528-0485 and assigned USPS Tracking No. 9589071052704354706776.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    07/27/2026                                          /s/Leah Todd
                                                    *Server's signature*

                                              Leah Todd, Senior Legal Worker
                                                  *Printed name and title*

                                               Center for Constitutional Rights
                                                  666 Broadway, 7th Floor
                                                   New York, NY 10012
                                                   *Server's address*

Additional information regarding attempted service, etc:
 Per USPS tracking (see attached), the documents were delivered on July 27, 2026 at 8:13 AM.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20526

Certified Mail Fee $5.55
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $4.93
$

Total Postage and Fees
$10.48

Postmark Here

JUL 22 2026
BROOKLYN NY
07/22/2026

Sent To  Markwayne Mullin OGC DHS
Street and Apt. No., or PO Box No.  245 Murray Lane SW MS 0485
City, State, ZIP+4®  Washington DC 20528 0485

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 4354 7067 76

ALERT: IMPACTS FROM WILDFIRES IN THE PACIFIC NORTHWEST REGION OF THE U.S., AND I…

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052704354706776

Copy          Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 8:13 am on July 27, 2026 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
July 27, 2026 8:13 AM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates                              ⌄

USPS Tracking Plus®                              ⌄

Product Information                              ⌄

See Less ∧

Feedback

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs