UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Company: BELDOCK LEVINE & HOFFMAN LLP PH: (212) 490-0400
Address: 99 PARK AVENUE PH 26TH FL NEW YORK, NY 10016-1601

Index Number: 1:26-CV-05929-UA

Date Filed: 07/15/2026

Client's File No.: 8719.01

*MAHMOUD KHALIL*

Plaintiff

*vs*

*THE HERITAGE FOUNDATION ET AL*

Defendant

## AFFIRMATION OF SERVICE

FRANK PRICHETT, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 07/29/2026 at 2:45 PM, at 1221 COLLEGE PARK DR STE 116, DOVER, DE 19904, deponent served the within

SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET

on: **BETAR ZIONIST MOVEMENT INC C/O REGISTERED AGENT: LEGALCORP SOLUTIONS LLC**, therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION ☒ By delivering thereat a true copy of each to TEQUILA MCKISSET and that deponent knew the person so served to be the MANAGING AGENT of the corporation, and authorized to to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON ☐ By delivering a true copy of each to ______ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______
on the ______ day of ______ at ______

#5 MAIL COPY ☐ On ______, deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ______.
☐ and by Certified Mail # ______.

#6 NON-SRVC ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: ______

#7 DESCRIPTION ☒ (use with #1, 2 or 3) A perceived description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: FEMALE Race: BLACK Color of hair: BLACK Age: 40 Height: 5'3
Weight: 200 Other Features: ______

#8 WIT FEES ☐ Subpoena Fee Tendered in the amount of

#9 MILITARYSRVC ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of ______ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

#10 OTHER ☐ ______

I affirm this 07/29/2026 (DATE), under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

F-K-P

Please Print Name Below Signature
FRANK PRICHETT

Job # 619188