Buchanan Ingersoll · Rooney

**Stuart P. Slotnick**
212 440 4435
stuart.slotnick@bipc.com

640 Fifth Avenue
9th Floor
New York, NY 10019-6102
T 212 440 4400
F 212 440 4401

August 19, 2026

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

**Re:** ***Mahmoud Khalil v. The Heritage Foundation, et al.***
**Case No. 1:26-cv-05929**

Dear Judge Cote:

Buchanan Ingersoll & Rooney PC represents Ronn Torossian ("Torossian") and Betar Zionist Movement Inc. ("BZM") in the above-referenced action. In accordance with the Court's individual part rules, Defendant Torossian and BZM and Plaintiff (the "Parties") have conferred and Torossian and BZM write to request an extension of the time to answer, move, or otherwise respond to Mahmoud Khalil's complaint. Plaintiff's counsel consents.

Based upon the filed affirmations of service, the respective deadlines for Defendants Torossian and BZM to answer, move, or otherwise respond to Plaintiff's complaint are presently August 25, 2026 and August 19, 2026 and the Parties respectfully request an extension of time to answer, move, or otherwise respond to Plaintiff's complaint to **October 5, 2026**. The Parties further request that, to the extent that Torossian or BAZM's responses will require opposing or response papers from the Plaintiff, that the Plaintiff's deadline to make that opposition or response is extended through **November 19, 2026**. The Parties submit this request to synchronize the deadlines and to permit additional time to investigate Plaintiff's claims together with any defenses, counterclaims, or applications. There have been no prior requests for an extension of time and this request does not affect any other scheduled date in this matter.

Respectfully,

*/s/ Stuart Slotnick*
Stuart P. Slotnick

cc: Counsel of Record (*via ECF*)