UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MAHMOUD KHALIL,

Plaintiff,

- against -

THE HERITAGE FOUNDATION, et al.,

Defendants.
---------------------------------------------------------------------X

Case No. 1:26-cv-05929

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that TRISTAN J. WERFELMAN, ESQ., of the law firm BUCHANAN INGERSOLL & ROONEY PC, hereby enters an appearance as counsel of record for Defendants BETAR ZIONIST MOVEMENT, INC. and RONN TOROSSIAN, in the above-captioned action and demands that Plaintiff serve the undersigned with all papers and communications in this action.

Dated: August 21, 2026
New York, New York

**BUCHANAN INGERSOLL & ROONEY PC**

By: *[/s/ Tristan Werfelman]*

Stuart P. Slotnick, Esq.
640 Fifth Avenue, 9th Floor
New York, New York 10019
(212) 440-4400
tristan.werfelman@bipc.com

*Attorneys for*
*Betar Zionist Movement, Inc. and*
*Ronn Torossian*