CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

September 8, 2026

By ECF

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Service of the Court's July 28th Notice of Initial Pretrial Conference and Individual Practices in *Khalil v. The Heritage Foundation, et al*., No. 26-cv-05929**

Dear Judge Cote:

Counsel for Plaintiff Mahmoud Khalil respectfully submits this letter to update the Court on Plaintiff's progress in serving Defendants with the Court's July 28th Notice of Initial Pretrial Conference (Dkt. No. 12) ("July 28th Notice") and its Individual Practices, as instructed by the Court in its July 28th Notice.

All U.S.-based federal and private Defendants have been served with both the July 28th Notice and Individual Practices. The following Defendants have been personally served with both: Betar Zionist Organization (Dkt. No. 32), Betar Zionist Movement (Dkt. No. 50), and Ronn Torossian (Dkt. No. 21). Additionally, counsel for the following Defendants have accepted service over email of the July 28th Notice and Individual Practices: The Heritage Foundation, Victoria Coates, Robert Greenway, Victor Muslin, as well as the federal official Defendants in both their official and individual capacities: Stephen Miller, Marco Rubio, Markwayne Mullin, Todd Blanche, Kristi Noem, and John Armstrong.

Service on the following Israel-based Defendants is yet to be completed: Megamot Shalom d/b/a Canary Mission, Jonathan Bash, and Betar World. Counsel for Plaintiff are working diligently to translate and complete service on those overseas Defendants with the Summons and Complaint in compliance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, and counsel for Plaintiff will simultaneously also serve those Defendants with the July 28th Notice and Individual Practices.

Respectfully submitted,

s/Astha Sharma Pokharel

Astha Sharma Pokharel
Baher A. Azmy
Diala Shamas
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6462
asharhampokharel@ccrjustice.org
bazmy@ccrjustice.org
dshamas@ccrjustice.org

Luna Droubi
Matthew Melewski
Tala Alfoqaha
BELDOCK LEVINE & HOFFMAN LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
212-490-0400
ldroubi@blhny.com
mmelewski@blhny.com
talfoqaha@blhny.com

Adina Marx-Arpadi
CLEAR Project
Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
adina.marx-arpadi@law.cuny.edu