**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAHMOUD KHALIL,

Plaintiff,

-v-

THE HERITAGE FOUNDATION; Victoria COATES; Robert GREENWAY; BETAR ZIONIST ORGANIZATION, INC.; BETAR ZIONIST MOVEMENT, INC.; BETAR WORLD; Ronn TOROSSIAN; MEGAMOT SHALOM D/B/A CANARY MISSION; Jonathan BASH; Victor MUSLIN; John DOE A; Stephen MILLER, individually and in his official capacity as White House Deputy Chief of Staff for Policy and Homeland Security Advisor; Marco RUBIO, individually and in his capacity as Secretary of State; Markwayne MULLIN, individually and in his official capacity as Secretary of Homeland Security; Todd BLANCHE, individually and in his official capacity as Acting Attorney General; Kristi NOEM, in her individual capacity; John ARMSTRONG, in his individual capacity,

Defendants.

No. 26 Civ. 5929 (DLC)

## THE INDIVIDUAL-CAPACITY FEDERAL DEFENDANTS' NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants Stephen Miller, Marco Rubio, Todd Blanche, Markwayne Mullin, Kristi Noem, and John Armstrong (collectively, "Individual-Capacity Federal Defendants") move this Court for an order dismissing Plaintiff Mahmoud Khalil's complaint against them pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6).

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

SARAH E. WHITMAN
Assistant Director

By: *<u>/s/ Siegmund F. Fuchs</u>*
SIEGMUND F. FUCHS
Senior Trial Counsel
PATRICK B. FENIOR
ANDREW M. VANDINI
Trial Attorneys
Civil Division, Torts Branch
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-7146
202-598-3916
Email: siegmund.f.fuchs@usdoj.gov

Attorneys for the Individual-Capacity
Federal Defendants